UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAISAL NABER,<br><br>Plaintiff,<br><br>vs.<br><br>TRUECAR, INC., BARBARA CARBONE, JANTOON REIGERSMAN, BRENDAN HARRINGTON, FAYE IOSOTALUNO, and DIEGO RODRIGUEZ, | **Case No.: 2:25-cv-11135-SPG-PVC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Faisal Naber ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 21, 2026

**BRODSKY & SMITH**

By: Kyle D. Auchinleck

Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
Kyle D. Auchinleck, Esquire (SBN 350862)
kauchinleck@brodskysmith.com
9465 Wilshire Blvd., Ste. 300
Phone: (877) 534-2590
Facsimile (310) 247-0160

*Attorneys for Plaintiff*